| Case No. | SACV 19-00721-AG (ADSx) | Date | July 9, 2019 |
|---|---|---|---|
| Title | Kezia Latnie v. Trans Union LLC et al | | |

PRESENT:

**HONORABLE ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

Melissa Kunig
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

**PROCEEDINGS:** (IN CHAMBERS) ORDER DISMISSING ACTION

This action was filed on April 18, 2019. On June 26, 2019, Plaintiff filed a Notice to Dismiss [34]. On June 27, 2019 the Court issued a minute order which ordered remaining Defendant Experian to file an objection to the dismissal if applicable no later than July 8, 2019. On June 28, 2019, Defendant Experian filed a Response [36] stating that there is "objection to dismissal of Experian and dismissal of the entire action."

Therefore, the Court **ORDERS** that this action is dismissed without prejudice.

           \_\_\_\_ : \_\_\_\_

Initials of Deputy Clerk   mku

cc: